UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| WILLIAM BRADLEY ROBERTS, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:22-CV-229-TAV-CRW |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## ORDER

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Cynthia R. Wyrick on August 11, 2023 [Doc. 28]. In the R&R, Judge Wyrick recommends that the Court grant plaintiff's motion for summary judgment [Doc. 18], deny the Commissioner's motion for summary judgment [Doc. 23], and remand the matter to the administrative law judge ("ALJ"). There have been no timely objections to the R&R, and this matter is now ripe for the Court's review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

The Court has carefully reviewed this matter, including the underlying motions, and agrees with the magistrate judge's recommendation, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS AND ADOPTS IN WHOLE** the R&R [Doc. 28]. Plaintiff's motion [Doc. 18] is **GRANTED**, the Commissioner's motion [Doc. 23] is **DENIED**, and this case is hereby **REMANDED** to the ALJ for further consideration as outlined in the R&R, pursuant to 42 U.S.C. § 405(g).

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE